# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**SCOTT MILLER**                                                                                      **PLAINTIFF**

**V.**                         **NO. 4:06-CV-00515 GTE**

**NORTH LITTLE ROCK POLICE
DEPARTMENT, CITY OF NORTH LITTLE ROCK
and DANNY BRADLEY, individually and in his
capacity as Chief of Police for the North Little Rock Police
Department**                                  **DEFENDANTS**

## JUDGMENT

Pursuant to the Court's Order entered on this date granting summary judgment in favor of Defendants, it is hereby CONSIDERED, ORDERED, AND ADJUDGED that each and every claim asserted by Plaintiff Scott Miller in the Amended Complaint against the Defendants North Little Rock Police Department, City of North Little Rock, and Danny Bradley, be, and they are hereby, DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this   24th   day of July, 2007.

                                                      _/s/Garnett Thomas Eisele_____
                                                      UNITED STATES DISTRICT COURT